UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. TRUST COMPANY, N.A., in its capacity as Plan Administrator and Trustee of the Arthur D. Little, Inc Employees' MDT Retirement Plan,<br><br>       Plaintiff,<br><br> v.<br><br>KARL P. FAGANS, and GARY BECK,<br><br>       Defendants. | Civil Action<br>No. 05-10013 (REK) |

## NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER

  Please take notice that counsel for the plaintiff, U.S. Trust Company, N.A., is relocating its office and, as a result, also changing its telephone numbers. As of **April 4, 2005**, counsel's address and phone numbers will be:

 Hardcastle & Shober
 50 Congress Street, Suite 314
 Boston, MA 02109
 Telephone: (617) 248-2240
 Facsimile: (617) 248-2241.

               /s/ Joseph F. Hardcastle
               Joseph F. Hardcastle (BBO# 559479)
               Cintra S. Shober (BBO# 560120)
               HARDCASTLE & SHOBER
               50 Congress Street, Suite 314
               Boston, MA 02109
               (617) 248-2240
               jfh@hardcastleshober.com

Dated: April 1, 2005