```
Attorney or Party without Attorney:
GARY BECK, ATTORNEY AT                              Case No: 0510013REK
LAW                                                 Doc. No: 3900504060088
50 CONGRESS ST # 314
BOSTON, MA 02109
```

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT  STATE OF CALIFORNIA
Court: DISTRICT    County: MASSACHUSETTS    State: MASSACHUSETTS
U.S. TRUST COMPANY VS FAGANS

AFFIDAVIT OF SERVICE

I certify that   CECILA A. HOUSE-DE VALLE
being first duly sworn, deposes and says:  That he is a regularly appointed,
qualified deputy Sheriff of the said County of Los Angeles, in the State of
California, and over the age of twenty-one years, not a party to the action
or related to either party, nor an attorney for a party, nor in any way
interested in the within named action, and authorized to serve civil process
     SUMMONS AND COMPLAINT


On  04/07/05 at  06:22 AM and that he served the same on the defendant and/or
respondent named below, on the date indicated, by delivering to and leaving
with said defendant and/or respondent in the County of Los Angeles, State of
California, personally, a true and correct copy thereof, with all notices and
endorsements thereon, in the manner and the place and time shown below:

1. Name: BECK, GARY


2. Person served and title:
      BECK, GARY


3. Person with whom left and title or relationship to person served:

4. Date and time of delivery
      06:22 AM
      04/07/05

5. Mailing date, type of mail and place of mailing


6. Address, city and state:
      2928 OAKWOOD LN
      TORRANCE, CA 90505

      ( X ) Home      (   ) Business

7. Manner of Service:
   ( X ) (Personal Service) by personally delivering true copies to the person, firm or corporation served.
   (   ) With endorsement of name, place of service and official title on copy served.
   (   ) With required notice written or printed on the face of the process served.
   (   ) Affiant showed the original process to the defendant at the time of such service.

   (   ) (Identification) was made as to the identify of the person so served was as follows:
   (   ) Photograph of the defendant attached to the process and furnished by the plaintiff herein and made a part of this affidavit.
   (   ) Sex:      Race:           Hair:           Age:
         Weight:      Height:    Ft.      Ins.
         Drivers Lic:                 Other:

   (   ) (Military Service) That at the time of service of process, defendant wore civilian clothes and no military uniform, and from investigation made in his serving process in this matter, he ascertained the defendant was not in military service.

8. FEE FOR SERVICE:$ 30.00
          NOTARY:   10.00    COUNTY CLERK:           TOTAL:$ 40.00
Deputy CECILA A. HOUSE-DE VALLE
SHERIFF'S OFFICE                    LEROY D. BACA, SHERIFF
825 MAPLE AVE
TORRANCE, CA 90503                  By: _____
(310)222-3345                                    Deputy Sheriff

On _April 7, 05_____, the undersigned personally appeared and is known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in their official capacity and that by their signature on the instrument, (s)he executed the instrument.
__Elizabeth Zulueta Sanche___
Notary Public in and for the County of
Los Angeles, State of California

ELIZABETH ZUBIETA SANCHEZ
Commission # 1543902
Notary Public - California
Los Angeles County
My Comm. Expires Jan 20, 2009