UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                  Civil Action
                                                  No: 05cv10013-WGY

U.S. Trust Company, N.A.
Plaintiff

v.

Karl P. Fagans et al
Defendant

NOTICE OF DEFAULT

      Upon application of the Plaintiff, U.S. Trust Company, N.A., for an order of Default for failure of the Defendants, Karl P. Fagans and Gary Beck, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants have been defaulted on June 19, 2006.

                                                  Sarah A. Thornton,
                                                  Clerk

                                                  /s/ Matthew A. Paine
                                       By:    _____
                                                  Deputy Clerk

Notice mailed to counsel of record and defendants.