UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| )<br>)<br>UNITED STATES TRUST CO., N.A.,    )<br>in its capacity as Plan Administrator and    )<br>Trustee of the Arthur D. Little, Inc.    )<br>Employees' MDT Retirement Plan,    )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>KARL P. FAGANS, and GARY BECK,    )<br>)<br>)<br>Defendant.    )<br>)<br>) | CIVIL ACTION<br>No:    05cv10013-WGY |

## NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

Please enter the appearance of Attorneys Andrea Peraner-Sweet and Jennifer E. Greaney, of Sally & Fitch LLP, One Beacon Street, Boston, 02108 on behalf of Defendant Karl P. Fagans in the above-captioned case.

KARL P. FAGANS,

By his attorneys,

*/s/ Jennifer E. Greaney*
Andrea Peraner-Sweet (BBO # 550515)
Jennifer E. Greaney (BBO # 643337)
SALLY & FITCH LLP
One Beacon Street
Boston, MA 02108
617-542-5542

Dated:  June 27, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 27, 2006.

_____

Jennifer E. Greaney