UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. TRUST COMPANY, N.A., in its capacity as Plan Administrator and Trustee of the Arthur D. Little, Inc Employees' MDT Retirement Plan,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KARL P. FAGANS, and GARY BECK,<br><br>　　　　　　Defendants. | Civil Action<br>No. 05CV10013-WGY |

**FORM OF DEFAULT JUDGMENT**

Defendants Karl P. Fagans and Gary Beck having failed to plead or otherwise defend in this action in a timely manner and their default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that (i) defendant Karl P. Fagans owes the plaintiff the sum of $43,434.32; (ii) defendant Gary Beck owes the plaintiff the sum of $62,204.74; (iii) defendants are not infants or incompetent persons or in the military service; and (iii) plaintiff has incurred costs in the sum of $150.00:

It is hereby ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff recover from defendant Karl P. Fagans the principal amount of $43,434.32;

2. Plaintiff recover from defendant Gary Beck the principal amount of $62,204.74; and

3. Plaintiff recover from defendants its costs in the amount of $150.00.

By the Court,

_____
Deputy Clerk

June 30, 2006

Form of judgment approved.

William G. Young
District Judge