UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES TRUST CO., N.A., in its capacity as Plan Administrator and Trustee of the Arthur D. Little, Inc. Employees' MDT Retirement Plan, )<br><br>Plaintiff, )<br><br>v. )<br><br>KARL P. FAGANS, and GARY BECK, )<br><br>Defendant. ) | CIVIL ACTION<br>No:   05cv10013-WGY |

## NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

    Please enter the appearance of Attorney Andrea Peraner-Sweet of Sally & Fitch LLP, One Beacon Street, Boston, 02108 on behalf of Defendant Karl P. Fagans in the above-captioned case.

    KARL P. FAGANS,

    By his attorneys,

    */s/ Andrea Peraner-Sweet*
    Andrea Peraner-Sweet (BBO # 550515)
    SALLY & FITCH LLP
    One Beacon Street
    Boston, MA 02108
    617-542-5542

Dated:  July 7, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 7, 2006.

                                                */s/Andrea Peraner-Sweet*_____
                                                Andrea Peraner-Sweet