UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. TRUST COMPANY, N.A., in its
capacity as Plan Administrator and Trustee of
the Arthur D. Little, Inc Employees' MDT
Retirement Plan,

                 Plaintiff,

    v.

KARL P. FAGANS, and GARY BECK,

                 Defendants.

Civil Action
No. 05-CV-10013 (WGY)

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO LOCAL RULE 7.3

I, Gloria Pollack, Senior Vice President of United States Trust Company, N.A. ("U.S.

Trust") hereby state as follows regarding U.S. Trust's parent company and publicly held

companies that own more than 10% of the issued and outstanding shares of U.S. Trust's stock:

The Charles Schwab Corporation, U.S Trust's parent company and a

publicly held company, owns 100% of U.S. Trust's stock.

Gloria Pollack

Dated: August 17, 2006