UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. TRUST COMPANY, N.A., in its capacity as Plan Administrator and Trustee of the Arthur D. Little, Inc Employees' MDT Retirement Plan,<br><br>     Plaintiff,<br><br> v.<br><br>KARL P. FAGANS, and GARY BECK,<br><br>     Defendants. | Civil Action<br>No. 05-CV-10013 (WGY) |

**CERTIFICATION OF GLORIA POLLACK
PURSUANT TO LOCAL RULE 16.1(D)(3)**

  I, Gloria Pollack, Senior Vice President of U.S. Trust Company, N.A. ("U.S. Trust"), hereby certify that I have conferred with Joseph F. Hardcastle, U.S. Trust's counsel in this action (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs.

                   _____
                   Gloria Pollack

Dated: August 17, 2006