UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. TRUST COMPANY, N.A., in its capacity as Plan Administrator and Trustee of the Arthur D. Little, Inc Employees' MDT Retirement Plan,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KARL P. FAGANS, and GARY BECK,<br><br>　　　　　　　　　　Defendants. | Civil Action<br>No. 05-CV-10013 (WGY) |

**CERTIFICATION OF PLAINTIFF'S COUNSEL**
**PURSUANT TO LOCAL RULE 16.1(D)(3)**

I, Joseph F. Hardcastle, counsel for plaintiff U.S. Trust Company, N.A, hereby certify pursuant to Local Rule 16.1(D)(3) that I have conferred with my client (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs.

　　　　　　　　　　　　　　　　　　　　HARDCASTLE & SHOBER


　　　　　　　　　　　　　　　　　　　　/s/ Joseph F. Hardcastle
　　　　　　　　　　　　　　　　　　　　Joseph F. Hardcastle (BBO #559479)
　　　　　　　　　　　　　　　　　　　　50 Congress Street, Suite 314
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　(617) 248-2240
　　　　　　　　　　　　　　　　　　　　jfh@hardcastleshober.com

Dated: September 1, 2006

<u>Certificate of Service</u>

I hereby certify that this document and the accompanying Corporate Disclosure Statement and Certification Pursuant to Local Rule 16.1(D)(3) of the plaintiff have been filed through the ECF system, which will send notification of such filing to the attorneys of record in this matter for defendant Fagans.

<div style="margin-left:50%">

<u>/s/ Joseph F. Hardcastle</u>
Joseph F. Hardcastle (BBO #559479)
50 Congress Street, Suite 314
Boston, MA 02109
(617) 248-2240
jfh@hardcastleshober.com

</div>