UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. TRUST COMPANY, N.A., in its capacity as Plan Administrator and Trustee of the Arthur D. Little, Inc Employees' MDT Retirement Plan,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KARL P. FAGANS, and GARY BECK,<br><br>　　　　　　　　　　Defendants. | Civil Action<br>No. 05-CV-10013 (WGY) |

**JOINT STATEMENT FOR LOCAL RULE 16.1 CONFERENCE**

In accordance with Local Rule 16.1 (D), plaintiff U.S. Trust Company, N.A. ("U.S. Trust") and defendant Karl P. Fagans submit this Joint Statement in advance of the Local Rule 16.1 Conference scheduled for September 11, 2006.[1]

### I.　　JOINT DISCOVERY PLAN.

The parties do not believe that the facts of this case call for phased discovery and propose the following discovery schedule:

**December 15, 2006:**　　　All fact discovery completed

**January 12, 2007:**　　　Designation of any expert witnesses and related disclosures made

**January 31, 2007:**　　　Any expert depositions completed

---

[1] Defendant Gary Beck has not appeared in the action and has been defaulted.

**II.    PROPOSED SCHEDULE FOR THE FILING OF MOTIONS.**

**December 1, 2006:**            Deadline for Filing any Rule 15, 17, and 19 Motions

**March 16, 2007:**              Deadline for Filing of Rule 56 Motions

**30 Days After Service of**     Opposition to any Rule 56 Motion Filed
**Rule 56 Motion**

**III.    CERTIFICATIONS OF COUNSEL AND PARTIES.**

Certifications pursuant to Local Rule 16.1(D)(3) have or will be filed separately by the parties.

**IV.    OTHER MATTERS.**

    **A.  Proposed Agenda for the September 11, 2006 Conference:**

        i.  Discussion of Proposed Discovery Plan and Pre-Trial Schedule

        ii. Discussion of any other matter of interest to the Court

    **B.  Trial by Magistrate Judge**

    The parties have not consented to trial by a Magistrate Judge.

    **C.  Settlement Proposal**

    In accordance with the Local Rule 16.1 (C), U.S. Trust has presented a written settlement proposal to Mr. Fagans and Mr. Fagans will be prepared to respond to the proposal at the Scheduling Conference.

| U.S. TRUST COMPANY, N.A. | KARL P. FAGANS |
|---|---|
| By its Attorneys, | By his Attorneys, |
| /s/ Joseph F. Hardcastle | /s/ Jennifer E. Greaney |
| Joseph F. Hardcastle (BBO# 559479) | Andrea Peraner-Sweet (BBO# 550515) |
| Cintra S. Shober (BBO# 560120) | Jennifer E. Greaney (BBO# 643337) |
| HARDCASTLE & SHOBER | SALLY & FITCH LLP |
| 50 Congress Street, Suite 314 | One Beacon Street |
| Boston, MA  02109 | Boston, MA  02108 |
| (617) 248-2240 | (617) 542-5542 |
| jfh@hardcastleshober.com | |

Dated: September 5, 2006