UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES TRUST CO., N.A., )
in its capacity as Plan Administrator and )
Trustee of the Arthur D. Little, Inc. )
Employees' MDT Retirement Plan, )

    Plaintiff, )

v. )    CIVIL ACTION
)    No: 05cv10013-WGY

KARL P. FAGANS, and GARY BECK, )

    Defendant. )

## CERTIFICATION BY DEFENDANT KARL P. FAGANS
## PURSUANT TO LOCAL RULE 16.1(D)(3)

I, Karl P. Fagans, hereby certify that I have conferred with my counsel, Andrea Peraner-Sweet, of Sally & Fitch LLP: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the instant litigation, and (b) to consider the resolution of the instant litigation through the use of alternative dispute resolution programs.

                          KARL P. FAGANS
                          /s/ _____
                          Karl P. Fagans

Dated: September 5, 2006

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 6, 2006.

                       */s/Jennifer E. Greaney*