UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. TRUST COMPANY, N.A., in its
capacity as Plan Administrator and Trustee of
the Arthur D. Little, Inc Employees' MDT
Retirement Plan,

                        Plaintiff,

    v.

KARL P. FAGANS, and GARY BECK,

                        Defendants.

Civil Action
No. 05-CV-10013 (WGY)

## STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT KARL P. FAGANS

       Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff U.S. Trust Company, N.A. ("U.S. Trust"),

and defendant Karl P. Fagans ("Fagans") hereby stipulate to the dismissal with prejudice of all

claims against Fagans in this matter with U.S. Trust and Fagans each to bear their own costs and

attorneys' fees and to waive all rights of appeal in connection with said claims.

       Nothing herein shall affect U.S. Trust's claims against defendant Gary Beck, who has not

appeared in this action.

U.S. TRUST COMPANY, N.A.

By its Attorneys,


/s/ Joseph F. Hardcastle
Joseph F. Hardcastle (BBO# 559479)
Cintra S. Shober (BBO# 560120)
HARDCASTLE & SHOBER
50 Congress Street, Suite 314
Boston, MA  02109
(617) 248-2240
jfh@hardcastleshober.com


Dated: April 30, 2007

KARL P. FAGANS

By his Attorneys,


/s/ Jennifer E. Greaney
Andrea Peraner-Sweet (BBO# 550515)
Jennifer E. Greaney (BBO# 643337)
SALLY & FITCH LLP
One Beacon Street
Boston, MA  02108
(617) 542-5542