**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


U.S. TRUST COMPANY, N.A.
                    Plaintiff(s)

                                                    CIVIL ACTION

            V.
                                                    NO. 05-CV-10013-WGY

KARL P. FAGANS ET AL
                    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**


TO JUDGE  WILLIAM G. YOUNG


[ X ]    Having been notified that this case has settled with respect to one defendant and that a motion for a default judgment against the remaining defendant is pending, this Court finds that mediation is no longer necessary.  Accordingly, the Court hereby returns this case to District Judge Young.

[  ]    On _____ I held the following ADR proceeding:

_____          SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

_____          MEDIATION                _____ SUMMARY BENCH / JURY TRIAL

_____           MINI-TRIAL               _____ SETTLEMENT CONFERENCE


All parties were represented by counsel  [except _____ ]

The parties  were / were not  present in person or by authorized corporate officer [except

_____].

The case was:

[  ]    Settled.  Your clerk should enter a _____ day order of dismissal.

[  ]    There was progress.  A further conference has been scheduled for _____ unless

the case is reported settled prior to that date.

[ X ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

case should be restored to your trial list.

[  ]    Suggested strategy to facilitate settlement:

_____

_____



 5/11/07_____                    /S/ JOYCE LONDON ALEXANDER_____
        DATE                                ADR Provider

                                          _____

                                          _____

                                          _____

(ADR Report.wpd  - 4/12/2000)                                                     [adrrpt.]